UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA        *
                                 *

     v.                         *          Criminal Number 11-91-JAW
                                 *

RICHARD GRAF               *

MOTION FOR IDENTITY OF "CONFIDENTIAL INFORMANT"

NOW COMES the Defendant, by and through counsel, and moves this Honorable Court to Order that the Government reveal the identity of a confidential informant referred to only as "11-25". In support of this motion, your undersigned offers the following:

The instant charges stem from the April 12, 2011 search of the Defendant's residence and outbuildings. The warrant was issued upon the application of Detective Lieutenant Carl E. Gottardi of the Somerset County Sheriff's Department.

A Motion to Suppress and Request for a Franks Hearing is filed contemporaneously with this Motion. In such Motion, the defendant avers that the statements of "11-25" are false. This Court is tasked in that Motion, then, with determining whether the *Franks* standards are met.

The defendant grounds his claim in this Motion upon the seminal United States Supreme Court case on the Government's obligation to disclose exculpatory evidence, *Brady v. Maryland*, 373 U.S. 83 (1963) The *Brady* Court made clear that "the suppression by the prosecution of evidence favorable to an accused upon request violates due process . . ." *Id.* at 87 Here, the defendant is faced with a confidential informant who has purportedly made statements against him which he knows to be false. The identity of this informant, then, is itself evidence "favorable to the accused" where it will allow the defendant to investigate whether he can support his burden under *Franks*.

Further, the instant matter presents such a "concrete circumstance" which should justify

- Page 1 of 3 -

overriding both the public interest in encouraging the flow of information, and the informant's private interest in his or her own safety.  *see United States v. Tzannos*, 460 F.3d 128, 139 (1st Cir. 2006) (quoting *United States v. Martinez*, 922 f.2d 915, 921 (1st Cir. 1991)).  Here, the defendant stands charged with two Federal Felony charges which stem directly from the purported allegations of this informant.  The defendant can not adequately challenge the search of his home, the seizure of his property, and the subsequent Criminal Felony charges without the disclosure of this informant.

WHEREFORE, the Defendant prays that this Court Order the Government to reveal the identity of "11-25".

DATED: August 22, 2011

/s/ *Richard L. Hartley*

Richard L. Hartley, Esq.
LAW OFFICE OF RICHARD HARTLEY
Counsel for the Defendant

15 Columbia Street, Ste. 301
Bangor, ME 04401

CERTIFICATE OF SERVICE

I, Richard L. Hartley, Esq., hereby certify that due service of the foregoing Motion for Identity of Confidential Informant has been made on the Office of the United States Attorney, by electronically forwarding a copy of the same to Joel B. Casey, Assistant United States Attorney, on this 22nd day of August, 2011.

/s/ *Richard L. Hartley*

Richard L. Hartley, Esq.